JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:       James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUBEN ZEPEDA,<br><br>    Defendant. | No. CR-10-00545-CW<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date:   July 21, 2010<br>Time:  10:00 a.m.<br>Court:  Hon. Donna M. Ryu |

      Defendant Ruben Zepeda is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). On July 21, 2010, defendant appeared for a detention hearing before this Court. This Court set the matter for a further status hearing on August 3, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from July 21, 2010 to August 3, 2010, to allow for effective preparation of counsel given the volume of discovery that has been produced (including several CDs containing audio files) and defense counsel's need to review the same. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 21, 2010 to August 3, 2010 outweigh the best interest of the

ORDER EXCLUDING TIME
No. CR-10-00545-CW

1  public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2    IT IS HEREBY ORDERED that:

3    With the consent of defendant Zepeda, the period from July 21, 2010 to August 3, 2010 is excluded from the Speedy Trial Act calculations for the effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: July 23, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00545-CW