MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00545 CW |
|---|---|---|
| v. | ) | ORDER EXCLUDING TIME FROM AUGUST 25, 2010 TO AUGUST 30, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B)) |
| RUBEN ZEPEDA, | ) | |
| Defendant. | ) | |

     Defendant Ruben Zepeda appeared before the Court on August 25, 2010 for a further status hearing. At that time counsel for the defendant indicated that she had been out of the office for two weeks and that she would need time both to meet with her client and to meet with potential sureties for defendant in anticipation of a further hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142. The Court set an appearance date of August 30, 2010 for status. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from August 25, 2010 through August 30, 2010, for continuity of defense counsel and effective preparation of defense counsel, and for delay resulting from continuation of hearings pursuant to the Bail Reform Act, 18 U.S.C. § 3142. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B), from August 25, 2010 through August 30, 2010.

No. CR-10-00545 CW
Order Excluding Time

1   The parties agreed, and the Court found and held, as follows:

2   1.   The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with her client and to meet with potential sureties for defendant in anticipation of a further hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142, taking into account the exercise of due diligence.

2.   Given these circumstances, the Court found that the ends of justice served by excluding the period from August 25, 2010 to August 30, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3.   Accordingly, with the consent of defendant's attorney, the Court ordered that the period from August 25, 2010 to August 30, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B).

IT IS SO ORDERED.

DATED:  8/25/2010

HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00545 CW
Order Excluding Time