MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00545 CW |
| v. | ORDER EXCLUDING TIME FROM AUGUST 30, 2010 TO SEPTEMBER 2, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B)) |
| RUBEN ZEPEDA, | |
|    Defendant. | |

     Defendant Ruben Zepeda appeared before the Court on August 30, 2010 for a further hearing regarding detention. The Court set a further hearing for September 2, 2010 pursuant to the Bail Reform Act, 18 U.S.C. § 3142. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from August 30, 2010 through September 2, 2010, for effective preparation of defense counsel, and for delay resulting from continuation of hearings pursuant to the Bail Reform Act, 18 U.S.C. § 3142. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B), from August 30, 2010 through September 2, 2010.

     The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act so that the

//

No. CR-10-00545 CW
Order Excluding Time

1  parties would have time to prepare for a further hearing pursuant to the Bail Reform Act, 18
2  U.S.C. § 3142, taking into account the exercise of due diligence.
3       2.      Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from August 30, 2010 to September 2, 2010 from Speedy Trial Act
5  calculations outweighs the interests of the public and the defendant in a speedy trial by allowing
6  time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§
7  3161(h)(7)(A) and (B).
8       3.      Accordingly, with the consent of defendant's attorney, the Court ordered that the
9  period from August 30, 2010 to September 2, 2010, be excluded from Speedy Trial Act
10 calculations, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B).

        IT IS SO ORDERED.

DATED: 8/30/10

        _____
        HON. DONNA M. RYU
        United States Magistrate Judge

No. CR-10-00545 CW
Order Excluding Time