IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUBEN ZEPEDA,<br><br>    Defendant.<br>_____/ | No. CR 10-00545 CW<br><br>ORDER FOR BRIEFING ON PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE'S ORDER |

On September 7, 2010, the government filed an appeal of the Magistrate Judge's September 2, 2010 Order granting pretrial release of Defendant Ruben Zepeda. Defendant may file his opposition to the government's appeal whenever he wishes to do so. The government may file a reply three Court days after the Defendant's opposition is filed. The Court will decide the matter on the papers.

IT IS SO ORDERED.

Dated: September 10, 2010

                                            CLAUDIA WILKEN
                                            United States District Judge