MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00545 CW |
|     v. ) | ORDER EXCLUDING TIME FROM SEPTEMBER 29, 2010 TO OCTOBER 7, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B)) |
| RUBEN ZEPEDA, ) | |
|     Defendant. ) | |

     Defendant Ruben Zepeda appeared before the Court on September 29, 2010 for a status hearing. At that time counsel for the defendant indicated she would need time to further investigate the case. The Court found good cause to continue the status hearing and set an appearance date of October 7, 2010 for change of plea or further status. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from September 29, 2010 through October 7, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B), from September 29, 2010 through October 7, 2010.

///

///

No. CR-10-00545 CW
Order Excluding Time

1 | The parties agreed, and the Court found and held, as follows:

2 | 1. The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to further investigate the case, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 29, 2010 to October 7, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of defendant's attorney, the Court ordered that the period from September 29, 2010 to October 7, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 9/30/10

HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00545 CW
Order Excluding Time