1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,      )    No. CR-10-00545 CW
                                  )
14    v.                          )    STIPULATION TO CONTINUE; ORDER
                                  )    CONTINUING CASE
15 RUBEN ZEPEDA,                  )
                                  )
16       Defendant.               )
                                  )
17

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

19 CHANGE OF PLEA HEARING date of October 7, 2010 scheduled at 9:30 a.m., before the Hon.

20 Donna Ryu, be vacated and re-set for October 14, 2010 at 9:30 a.m., before the Oakland Duty

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

No. CR-10-00545 CW
Order Continuing Change of Plea Hearing

1  Magistrate, for CHANGE OF PLEA HEARING.  The reason for this request is that the parties
2  require additional time to conduct plea negotiations.

4  Date   10/6/2010
5
                              /s/
                         Joyce Leavitt
                   Assistant Federal Public Defender
                   Counsel for defendant RUBEN ZEPEDA

8  Date   10/6/2010
                              /s/
                         John D. Cooke
                   Special Assistant United States Attorney

16                                    ORDER

17     Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the
18  above-captioned matter is continued to October 14, 2010 at 9:30 a.m., before the Oakland Duty
19  Magistrate, for a hearing regarding change of plea.

21     IT IS SO ORDERED.

23  DATED:  10/6/10
                              HON. DONNA M. RYU
24                            United States Magistrate Judge

No. CR-10-00545 CW
Order Continuing Change of Plea Hearing